INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, *v.* CHARLES E. LITTLEFIELD, as Administrator with the Will Annexed of MARY G. PINKNEY, Deceased.

Reported below, 166 App. Div. ——.
(Argued January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1914, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to recover money paid as part of the purchase price of land on the ground that the defendant could not make title.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous and the appeal taken only for purposes of delay.

*Abram I. Elkus* for motion.

*James L. Quackenbush* opposed.

Motion denied, with ten dollars costs.

